# UNITED STATES DISTRICT COURT
### District of Minnesota

Brandon Lewis

**JUDGMENT IN A CIVIL CASE**

V.

Case Number: 09-3515 DSD/FLN

Ashland, Inc. dba Valvoline Instant Oil Change

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
the motion for summary judgment is granted.

August 10, 2011                                                      RICHARD D. SLETTEN, CLERK
Date

                                                                                    s/A. Linner
                                                                (By)              A. Linner   Deputy Clerk