AO 133 (Rev . 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF MINNESOTA

**BRANDON LEWIS,**
            **Plaintiff,**

       V.                           Case Number: **0:09-CV-03515-DSD-FLN**

**ASHLAND, INC. D/B/A VALVOLINE INSTANT OIL CHANGE,**
            **Defendant.**

## BILL OF COSTS

Judgment having been entered in the above entitled action on August 10, 2011 against Plaintiff Brandon Lewis, the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ............................................................................................................................. | $ <u>872.00</u> |
| Fees for service of summons and subpoena .................................................................................... | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case........................ | <u>$1,753.20</u> |
| Fees and disbursements for printing ................................................................................................ | |
| Fees for witnesses (itemize on page two) ........................................................................................ | |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case ................................................................................. | |
| Docket fees under 28 U.S.C. 1923 ................................................................................................. | |
| Costs as shown on Mandate of Court of Appeals .......................................................................... | |
| Compensation of court-appointed experts ...................................................................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ................... | |
| Other costs (please itemize) ............................................................................................................ | |
| **TOTAL** | $ <u>2,625.20</u> |

*SPECIAL NOTE*: Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was served on all parties in the following manner:

    ☐ Electronic service      ☐ First class mail, postage prepaid
    ☐ Other: _____

Upon attorneys for Plaintiff: Leslie L. Lienemann and Celeste E. Culberth, CULBERTH & LIENEMANN, LLP, 1050 UBS Plaza, 444 Cedar Street, St. Paul, MN, 55101.

    Signature of Attorney: <u>/s/ Charles M. Roesch</u>

    Name of Attorney: <u>Charles M. Roesch, Esq.</u>

For: <u>Defendant Ashland, Inc. d/b/a Valvoline Instant Oil Change</u>    Date: <u>9/2/2011</u>
               Name of Claiming Party

**Taxation of Costs**

Costs are taxed in the amount of _____ and included in the judgment.

_____  By: _____  _____
*Clerk of Court*                                        *Deputy Clerk*                                  *Date*

**FEES PAID TO THE CLERK OF COURT**

| Receipt # | Payee | Description | COST |
|---|---|---|---|
| 0864-2283259 | U.S. District Court | Motion Filing fee – pro hac vice, Elizabeth A. Simmons | 100.00 |
| 4039882 | U.S. District Court | Filing Fee – Removal | 350.00 |
| 0864-2283263 | U.S. District Court | Motion Filing Fee – pro hac vice – Charles M. Roesch | 100.00 |
| Attached | Hennepin County District Court | Filing Fee - Notice of Filing Notice of Removal | 322.00 |
| | | **TOTAL:** | **$872.00** |

**FEES FOR PRINTED OR ELECTRONICALLY RECORDED TRANSCRIPTS NECESSARILY OBTAINED FOR USE IN THE CASE**

| Deponent | Date of Deposition | Cost of Transcript |
|---|---|---|
| 1. Deposition of Plaintiff Brandon Lewis | October 5, 2010 | $ 963.66 |
| 2. Deposition of Shaun Fautsch | September 22, 2010 | $ 561.26 |
| 3. Deposition of Debra Stich | September 22, 2010 | |
| 4. Deposition of Todd Greene | October 15, 2010 | $ 80.59 |
| 5. Deposition of Amy Kinne | September 23, 2010 | $ 147.69 |
| TOTAL | | $1,753.20 |

1976880v1