UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Brandon Lewis,

    Plaintiff,

-vs-                                                Civ. 09-3515 DSD/FLN

Ashland, Inc. dba Valvoline Instant Oil Change,

    Defendant.

## COST JUDGMENT

The costs of the Defendant, Ashland, Inc. dba Valvoline Instant Oil Change, have been taxed and allowed by the Clerk of this Court against the Plaintiff, Brandon Lewis, as follows:

|  | Claimed | Allowed |
|---|---|---|
| Fees of the clerk | $872.00 | $550.00 |
| Fees for transcripts | $1,753.20 | $1,753.20 |
| Total | $2,625.20 | $2,303.20 |

Costs, therefore, are taxed against Plaintiff, Brandon Lewis, in the amount of two thousand, three hundred three and 20/100 dollars and judgment is entered accordingly. Motion for review of the Clerk's decision may be made within 14 days hereafter in accordance with Local Rule 54.3(c).

Dated at Minneapolis, Minnesota, this 1st day of December, 2011.

                                                  RICHARD D. SLETTEN, CLERK

                                                  By: s/ T. Pepin

                                                  T. Pepin
                                                  Deputy Clerk